UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:03CV44

| | |
|---|---|
| ANDREW JENKINS,           )<br>          Plaintiff,           )<br>                                  )<br>     v.                         )<br>                                  )<br>CITY OF CHARLOTTE,   )<br>          Defendant.      )<br>_____) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte*.  In order for the undersigned to have sufficient time to consider the pending motion for summary judgment filed by the City of Charlotte, the trial date must be moved.

**IT IS, THEREFORE, ORDERED** that this case is set for trial on the **October 31, 2005** term of court.

**Signed: June 21, 2005**

David C. Keesler
United States Magistrate Judge