# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Andrew Jenkins,

    Plaintiff(s),

vs.

City of Charlotte,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:03-cv-44

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/26/05 Order.

**Signed: July 28, 2005**

Frank G. Johns, Clerk
United States District Court